# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT -7 PM 3:50

CLERK _____
SO. DIST. OF GA.

United States of America
v.
Jermaine Graham

)
)
)
)
)
)
)
)

Case No: 4:91CR00176-6

USM No: 07806-021

Christopher Klein
*Defendant's Attorney*

Date of Original Judgment: February 19, 1992
Date of Previous Amended Judgment: October 12, 2013
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __420 months (360 months plus 60 months consecutive)__ months **is reduced to** __295 months (235 months plus 60 months consecutive)__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated October 12, 2013, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: October 7, 2015

Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*